IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARRY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV497 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, Michael J. Astrue, Commissioner, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's second motion to extend time to respond, Filing No. 14, to plaintiff's brief. The plaintiff has no objection to this extension. The court has carefully reviewed the motion and finds that it should be granted. However, no further extensions will be granted absent extenuating circumstances.

THEREFORE, IT IS ORDERED that defendant's motion to extend time, Filing No. 14, is granted until August 6, 2008.

DATED this 3rd day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge